MOIR v. The DU SAQUE. See Case No. 9,-696.

## Case No. 9,697.
MOITEZ v. The SOUTH CAROLINA.
[Bee, 422.] [1]
Admiralty Court, Pennsylvania. 1781.
SEAMEN—WAGES—GOVERNMENT VESSEL — LIBEL.

Mariners enlisting on board a ship of war or vessel belonging to a sovereign independent state, cannot libel against the ship for wages due.
[Cited in Briggs v. Light Boat, 93 Mass. (11 Allen) 180.]

[This was a libel by Pierre de Moitez against the South Carolina.]

On a plea to the jurisdiction, it was adjudged, that mariners enlisting on board a ship of war, or vessel belonging to a sovereign independent state, cannot libel against a ship for wages due.